

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2014

No. 04-14-00025-CR

Frances Rosalez **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2986
Honorable Dick Alcala, Judge Presiding

# O R D E R

      The reporter's record, which was originally due February 17, 2014, remains incomplete. On April 11, 2014, court reporter Erminia Uviedo filed six volumes that purportedly comprised the record of the trial in this cause. However, volume 4, which should contain the record of sentencing phase proceedings held December 18, 2013, was not filed.[1]  In addition, Uviedo only filed an exhibit index and did not file any of the trial exhibits, all of which were properly requested.

      We **order Erminia Uviedo** to file by **Monday, May 19, 2014** the record of the proceedings held in this cause on December 18, 2013, and all of the trial exhibits.  Uviedo is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt.

      We further **order** appellant's brief due thirty days after the reporter's record is complete.

_____
Luz Elena D. Chapa, Justice

---

[1] The record labeled "Volume 4" contains proceedings from a different case.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2014.



Keith E. Hottle
Clerk of Court